```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ANTONIO RAMIREZ LOZANO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-0359 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| SANTOS DUACO HATFIELD, | ) | Date: June 19, 2006 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Frank C. Damrell |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED between the parties, Richard J. Bender, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of May 22, 2006 be vacated and a new Status Conference hearing date of June 19, 2006 at 9:30 a.m. be set. This continuance is being requested due to the unavailability of defense counsel and the need for on-going defense investigation.

    IT IS FURTHER STIPULATED that the period from May 22, 2006 through and including June 19, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated: May 19, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANTONIO RAMIREZ LOZANO

Dated: May 19, 2006

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for

                                        _____
                                        RICHARD J. BENDER
                                        Assistant U.S. Attorney
                                        per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 19, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge