DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANTOS DUACO HATFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-0359 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SANTOS DUACO HATFIELD, ) | Date: August 21, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Frank C. Damrell Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Samantha Spangler, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of July 17, 2006 be vacated and a new Status Conference hearing date of August 21, 2006 at 9:30 a.m. be set.  This continuance is being requested due to on-going defense investigation into defendant's criminal history and research related thereto.

    IT IS FURTHER STIPULATED that the period from July 17, 2006 through and including August 21, 2006 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation.

2  Dated: July 13, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
SANTOS DUACO HATFIELD

Dated: July 13, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
SAMANTHA SPANGLER
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: July 13, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

Stip & Order                                2