```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTOS DUACO HATFIELD,<br><br>    Defendant. | CASE NO.  2:05-0359 FCD<br><br>ORDER REFERRING DEFENDANT TO BUREAU OF PRISONS FOR MENTAL EXAMINATION PURSUANT TO 18 U.S.C. §§ 4241(a), 4247(b) and (c)<br><br>DATE:  October 16, 2006<br>TIME:  9:30 a.m.<br>COURT: Hon. Frank C. Damrell, Jr. |

This matter was on calendar for status conference on September 18, 2006.  Assistant U.S. Attorney Samantha Spangler appeared on behalf of the government.  The defendant appeared, in custody, with his attorney, Assistant Federal Defender Matthew Bockmon.  The prosecutor moved for a hearing to determine the defendant's mental competency, pursuant to 18 U.S.C. § 4241(a), and moved that the defendant be referred to the Bureau of Prisons for a mental examination and report, pursuant to 18 U.S.C. § 4241(b).  The prosecutor made a proffer supporting that motion.  The Court found there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

1

It is therefore ordered as follows:

    1.  Pursuant to 18 U.S.C. § 4241(b), the defendant is referred to the Bureau of Prisons for a psychiatric or psychological examination and report in accordance with the provisions of 18 U.S.C. § 4247(b) and (c) to assist the Court in determining the defendant's mental competence.

    Under 18 U.S.C. § 4247(b), the psychiatric or psychological examination shall be completed by a licensed or certified psychiatrist or psychologist.  The examining psychiatrist or psychologist shall prepare a report which shall be submitted to the Court with copies to the attorney for the government and the attorney for the defendant, as follows:

        Attorney for the government:
        Samantha S. Spangler
        Assistant U.S. Attorney
        501 I Street, Room 10-100
        Sacramento, CA   95814
        (916) 554-2792

        Attorney for the defendant:
        Matthew C. Bockmon
        Assistant Federal Defender
        801 I Street, Third Floor
        Sacramento, CA   95814
        (916) 498-5700

The report shall include the following information:

    (1) the defendant's history and present symptoms;

    (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

    (3) the examiner's findings; and

    (4) the examiner's opinions as to diagnosis, prognosis, and

        (A) whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

///

     2.  A status conference is scheduled for Monday, October 16, 2006, at 9:30 a.m., to check on the progress of the above referral.

     3.  Time is excluded from the Speedy Trial Act calculation for the delay resulting from the proceedings, including the examination, to determine the defendant's mental competency, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local Code A.

     4.  The Clerk of the Court shall serve a copy of this order on the United States Marshal, who shall immediately coordinate with the Bureau of Prisons to effectuate the defendant's transfer to an appropriate facility as soon as possible.  The Clerk of the Court shall also serve a copy of this order on the Bureau of Prisons.

     IT IS SO ORDERED.

DATED:  September 19, 2006

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, JR., Judge
                              United States District Court

3