```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANTOS DUACO HATFIELD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-0359 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SANTOS DUACO HATFIELD, ) | Date:  December 18, 2006 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Samantha Spangler, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender (for Matthew C. Bockmon), attorney for defendant, that the Status Conference hearing date of November 13, 2006, be vacated and a new Status Conference hearing date of December 18, 2006 at 10:00 a.m. be set.  This continuance is being requested because defendant is currently at the Metropolitan Correctional Center in San Diego, California, being evaluated for mental competency.

    IT IS FURTHER STIPULATED that the period from November 13, 2006

1  through and including December 18, 2006, should be excluded from the
2  Speedy Trial Act calculation for the delay resulting from such
3  competency evaluation, pursuant to 18 U.S.C. §3161(h)(1)(A) and Local
4  Code A.

5  Dated: November 9, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
SANTOS DUACO HATFIELD

13  Dated: November 9, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
SAMANTHA SPANGLER
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

21  IT IS SO ORDERED.
22  Dated: November 9, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                              2