McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0359 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| SANTOS DUACO HATFIELD, | ) | DATE: January 16, 2007 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | COURT: Hon. Frank C. Damrell, Jr. |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference may be continued from December 18, 2006, to January 16, 2007, at 10:00 a.m.  The defendant is at the Metropolitan Correctional Center in San Diego, California, being evaluated for mental competency.  The Warden of that facility has requested an extension of time until December 13, 2006, for completion of the evaluation and preparation of the report.  The continuance of the status conference will afford counsel sufficient time to study the report and prepare for the status conference.

The parties further stipulate that the period of time from December 18, 2006, through January 16, 2007, may be excluded from the Speedy Trial Act calculation, based upon delay resulting from the competency evaluation, pursuant to 18 U.S.C. § 3161(h)(1)(A)

1

and Local Code A.

    Ms. French has reviewed this stipulation electronically and has authorized Ms. Spangler to sign it for her.

DATED: December 1, 2006        McGREGOR W. SCOTT
                                      United States Attorney

                            by    /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney

DATED: December 1, 2006        DANIEL J. BRODERICK
                                      Federal Defender

                            by    /s/ Samantha S. Spangler for
                                    Mary M. French
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    SANTOS DUACO HATFIELD

<u>Order</u>

    Good cause appearing,

    1.    The request of the Warden of the Metropolitan Correctional Center in San Diego for an extension of time until December 13, 2006, to complete the mental competency evaluation of the defendant and to prepare and submit the report is GRANTED.

    2.    The status conference is continued from December 18, 2006, to January 16, 2007, at 10:00 a.m.

    3.    Time from December 18, 2006, through January 16, 2007, is excluded from the Speedy Trial Act calculation, based upon delay resulting from the competency evaluation, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local Code A.

    IT IS SO ORDERED.

DATED: December 4, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE