```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SANTOS DUACO HATFIELD,<br><br>             Defendant. | CASE NO. CR S 05-0359 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br>DATE:  February 26, 2007<br>TIME:  10:00 a.m.<br>COURT: Hon. Frank C. Damrell, Jr. |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference may be continued from February 20, 2007, to February 26, 2007, at 10:00 a.m.  The defendant by now has returned from San Diego, but the psychological evaluation report has not yet arrived, although it is expected shortly.  Defense counsel is scheduled to be out of town on February 20.

The parties further stipulate that the period of time from February 20, 2007, through February 26, 2007, may be excluded from the Speedy Trial Act calculation, for counsel preparation and continuity, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

1

   Mr. Bockmon has reviewed this stipulation electronically and has authorized Ms. Spangler to sign it for him.

DATED:   February 14, 2007           McGREGOR W. SCOTT
                                     United States Attorney


                                by   /s/ Samantha S. Spangler
                                     Samantha S. Spangler
                                     Assistant U.S. Attorney


DATED:   February 14, 2007           DANIEL J. BRODERICK
                                     Federal Defender


                                by   /s/ Samantha S. Spangler for
                                     Matthew C. Bockmon
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     SANTOS DUACO HATFIELD

                                   Order

   Good cause appearing,

   1.   The status conference is continued from February 20, 2007, to February 26, 2007, at 10:00 a.m.

   2.   Time from February 20, 2007, through February 26, 2007, is excluded from the Speedy Trial Act calculation, for counsel preparation and continuity, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

   IT IS SO ORDERED.

DATED:   February 16, 2007

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

                                     2