KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Appellant
Santos Hatfield

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) USDC No. 2:05-cr-0359 FCD |
| | ) USCA No. 07-10447 |
| Plaintiff/Appellee, | ) |
| v. | ) |
| Santos Hatfield, | ) **ORDER** |
| Defendant/Appellant. | ) |

**GOOD CAUSE APPEARING** the court reporter is ordered to prepare a transcript of the sealed portion (pp. 2-13) of the hearing in this case which occurred on September 4, 2007.  It is further ordered that the court reporter provide a copy of the of the transcript to defendant/appellant's counsel, Krista Hart.  It is further ordered that the sealed portion of the transcript remain sealed unless and until the defendant/appellant places the subject and details of the hearing at issue in the appeal.

IT IS SO ORDERED.

DATED: November 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE