UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>SANTOS HATFIELD,<br><br>    Movant. | No.  2:05-cr-0359 MCE CKD P<br><br><br>ORDER |

On May 5, 2014, movant filed a document in which it appears that he wishes to challenge his 2007 conviction for being a felon in possession of a firearm or possibly the 92 month sentence imposed. If that is the case, movant has not used the correct form. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The "petition for writ of habeas corpus" filed by movant on May 5, 2014 is denied.

    2. The Clerk of the Court is directed to send movant the court's form for federal prisoners challenging their convictions and / or sentences under 28 U.S.C. § 2255.

/////

/////

/////

1

3. If it is movant's intent to challenge the conviction or sentence imposed in this matter, he should fill out the form to be provided to him by the Clerk of the Court completely and accurately and return it to the court within 30 days.

Dated: June 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hatf0359.200